

# Idaho Intrastate Funding Formula
## OAA Title III Funds (not including Title VII) and State of Idaho General Funds

Adopted April 30, 2013
Effective July 1, 2013

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| Total OAA Federal Funds | | | | | | | | | | | $ 5,220,146 | | | | |
| Less 10% Base Amount of Federal and State Funds | | | | | | | | | | | $ 3,977,100 | | | | |
| Total Funds | | | | | | | | | | | $ 9,197,246 | | | | |
| Total State Funds | | | | | | | | | | | $ 919,725 | | | | |
| Balance to be Distributed by Formula: | | | | | | | | | | | $ 8,277,521 | | | | |

| jmn Ref # | PSA | 2010 TOTAL PSA POPULATION | TOTAL PERSONS AGED 60+ IN PSA | NUMBER OF 65+ LIVING IN POVERTY | 65+ LIVING ALONE | 60+ RACIAL MINORITY (Not Hispanic) | 60+ HISPANIC (ETHNIC MINORITY) | 60+ LIVING IN RURAL COUNTY | AGED 75+ | AGED 85+ | WEIGHTED ELDERLY POPULATION (AT RISK) | WEIGHTED "At Risk" PERCENTAGE | Federal Fund Base | State Fund Base | Federal Funds Distributed by Formula | State Funds Distributed by Formula | TOTAL FUND ALLOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| I | | 211,014 | 47,124 | 2,646 | 8,036 | 1,194 | 690 | 18,454 | 13,543 | 3,361 | 47,923 | 16.93% | $ 87,002 | $ 66,285 | $ 795,166 | $ 605,817 | $ 1,554,271 |
| II | | 104,666 | 22,896 | 1,054 | 4,634 | 816 | 215 | 8,463 | 7,822 | 2,486 | 25,490 | 9.00% | $ 87,002 | $ 66,285 | $ 422,945 | $ 322,231 | $ 898,463 |
| III | | 683,470 | 109,695 | 5,427 | 19,434 | 3,862 | 4,806 | 22,312 | 33,544 | 10,171 | 99,555 | 35.16% | $ 87,002 | $ 66,285 | $ 1,651,860 | $ 1,258,511 | $ 3,063,659 |
| IV | | 183,134 | 33,671 | 2,289 | 6,320 | 792 | 2,150 | 18,978 | 11,040 | 3,276 | 44,844 | 15.84% | $ 87,002 | $ 66,285 | $ 744,079 | $ 566,896 | $ 1,464,262 |
| V | | 184,184 | 27,019 | 1,280 | 4,734 | 1,208 | 1,100 | 14,596 | 8,847 | 2,307 | 34,072 | 12.03% | $ 87,002 | $ 66,285 | $ 565,329 | $ 430,710 | $ 1,149,327 |
| VI | | 203,519 | 30,033 | 1,313 | 4,973 | 610 | 872 | 11,412 | 9,513 | 2,571 | 31,264 | 11.04% | $ 87,002 | $ 66,285 | $ 518,752 | $ 395,224 | $ 1,067,263 |
| TOTAL | | 1,549,987 | 270,437 | 14,009 | 48,131 | 8,482 | 9,833 | 94,215 | 84,309 | 24,170 | 283,149 | | $ 522,015 | $ 397,710 | $ 4,698,131 | $ 3,579,390 | $ 9,197,246 |

Factors used in Weighted Elderly Population (At Risk)

Attachment E
Dated 4/18/2013