

EXHIBIT B



# IDAHO COUNCIL OF GOVERNMENTS
*Connecting Business, Community, Government in Southwest Idaho*

125 E. 50TH STREET | GARDEN CITY, ID 83714 | P (208) 322-7033 | (800) 859-0321 | F (208)322.3569

November 14, 2013

<u>Hand-Delivered</u>
Governor C.L. "Butch" Otter
Idaho Statehouse

Re: Idaho Commission on Aging

Dear Governor Otter:

The Idaho Council of Governments (ICOG) is the parent agency for the Area Agency on Aging *Serving Southwest Idaho*. Our Board members include elected officials representing the ten counties of Southwest Idaho. As such, we are very interested in protecting the well-being of the senior citizens residing in our communities.

It should be noted that our region has been for many years the top performing Area Agency on Aging (AAA) in Idaho and has implemented performance methodologies to increase effectiveness and decrease overhead. Even so, as a result of ICOA's noncompliant intrastate funding formula, our region is significantly underfunded and understaffed for the large population we are required to serve pursuant to State and Federal requirements. This should be alarming to the Governor's office because funding for critical services in our region (such as statutorily mandated Adult Protection) is not adequate.

The Board has become increasingly concerned with actions taken by the Idaho Commission on Aging (ICOA) which we believe are extremely damaging to our AAA, as well as Idaho's other AAAs and the seniors they serve.

Previously, ICOA has appropriately recognized the independence of the AAAs and afforded them the flexibility accorded by the Older Americans Act (OAA). Local flexibility in service provision, a hallmark of OAA programs, was eloquently described by Josefina G. Carbonell, Former Assistant Secretary for the federal Administration on Aging, in Program Instruction (AoA)-PI-07-01 dated April 19, 2007 as follows:

> With this expectation, AoA also reinforces its commitment to State and local flexibility in crafting and executing programs that fulfill the mission and vision of the OAA and of AoA. Flexibility and innovation have resulted in the development and testing of best practices by the Aging Network that provided the basis for the principles of modernization that are now embedded in the OAA. **As States develop their plans to meet the mission and vision of the OAA, we encourage them to offer the same flexibility to area agencies and community service providers to ensure that they can best meet the unique needs of their communities within the context of the OAA.** (Emphasis added)

AREA AGENCY ON AGING
SERVING SOUTHWEST IDAHO

ECONOMIC DEVELOPMENT DISTRICT
REGION III

However, beginning in May of this year, ICOA suddenly began to implement significant system and program changes that are detrimental to Idaho's seniors and appear to be arbitrary, overreaching, and lacking sufficient foundation. Many of ICOA's new policies, procedures, and mandates in fact go against existing laws and rules.

These changes were made without any substantive discussion or collaboration with the AAA Directors, AAA Advisory Council members, or even ICOA's own Commissioners. In fact, during a meeting with our AAA which included the ICOG Board Chair, Commissioner Gordon Cruickshank, the Advisory Council Vice Chair, Representative Darrell Bolz, the ICOG President, Dr. Kendra Kenyon, and the AAA Director, Sarah Scott, ICOA's current Administrator, Sam Haws, stated that she did not consider the collective knowledge, skills and expertise of the AAA Directors and staff to be of any value in setting the course for Idaho's aging services. By his words and actions during this meeting, it was apparent that Ms. Haws' Deputy, Jeff Weller, maintains this same view.

One particularly destructive aspect of ICOA's numerous changes has been the inadequate amount of time allowed to the AAAs for implementation. For example, ICOA announced on May 2, 2013, significant changes in how the AAAs can plan and allocate funding for services. Although these changes significantly reduced the AAAs' funding of internal operations, <u>both administrative and programmatic</u>, the AAAs were allowed only two months to implement.

As a result, the AAAs were forced to discontinue in-home visits to many seniors receiving services and to lay off a number of staff members with little or no notice to these valued and committed individuals (many of whom were long-time AAA employees). Two valuable and knowledgeable Area Agency Directors have since quit, frustrated by ICOA's lack of collaboration and also ICOA's lack of comprehension of the operational challenges involved in implementing the mandated changes with such inadequate advance notice.

Although ICOA billed these budget mandates as a way to "get more services on the ground to seniors," ICOA itself has not cut one dime out of its $1.6 million budget, all of which we assert is strictly administrative. They further have a choice to fund the AAAs' administrative operations based on the total funding available before they take their cut. However, they choose not to, leaving significantly less money for AAA operations. At the same time, it appears that ICOA has increased its employee benefits for its already handsomely paid staff, in addition to apparently allocating more than the mandated 5% of federal funding for administrative costs. A significant amount of state funding (more than 10%) is also being retained by the ICOA for administration.

Idaho's AAAs and their parent agencies (all of which are non-profit entities) already work within extremely constrained budget parameters. With only two months' notice, the AAAs understandably experienced great difficulty trying to implement ICOA's changes in a manner that would not cause a significant disruption to their business operations and services to the senior and disabled population served. In response to their numerous requests for consideration and help, Ms. Haws instead sent the following e-mail to the AAAs and their parent agencies (bold in original):

> Dear Executive Directors and AAA Directors,
>
> The current Performance Based Agreement between the Idaho Commission on Aging (ICOA) and the Area Agency on Aging (AAA) will expire on June 30, 2013. In order for payment for services to continue by July 1, 2013, the

AAA needs to submit an approved budget that complies with the guidelines as provided to the AAA on May 24, 2013 and a signed Agreement by COB June 28, 2013.

If the AAA is unable to meet these budget guidelines, ICOA will assume all services under the expired SFY13 Performance Based Agreement on July 1st. In order to ensure the continuation of services, ICOA will need the following documentation by the dates listed below:

- Active adult protection files: Submit to ICOA by Friday, June 28th.
- Active provider contracts and agreements: Submit to ICOA by Friday, June 28th.
- Turn over the remaining files to ICOA by July 25th:
  - Last three years of all program files
  - Last three years of all financial records
- Submit final invoice by July 25th.

End of email.

ICOA, with a staff of 13 individuals who perform only administrative tasks, would be completely and utterly incapable of providing appropriate and necessary services to the thousands of clients served by Idaho's AAAs, especially those individuals who are Adult Protection clients, and, by definition, are unable to "make, communicate, or implement decisions in their own best interests." In light of ICOA's willingness to put seniors at risk rather than truly collaborating with the AAAs and their parent agencies to recognize and appropriately address any perceived issues, it is obvious that Idaho's seniors and their needs are not of any real concern to your Commission on Aging department.

As a result of its actions, ICOA has destroyed the collaborative relationship it had begun to develop with the AAAs following the replacement of ICOA's previous Administrator, Kim Toryanski, and significantly damaged the operations of each and every one of the AAAs. This agency alone has lost two Directors of Finance (one on July 1 and her replacement in October). As noted above, two long-time and well-respected AAA Directors also resigned in protest of ICOA's actions amid a growing awareness of ICOA's unwillingness to work respectfully and collaboratively.

In addition, we are offended by Ms. Haws' baseless reduction of ICOG's President's percentage allocation of time in our AAA budget. <u>Our President's percentage allocation as set forth in our AAA budget was initially approved in writing by Ms. Haws on June 27, 2013</u>. During a meeting at our office on August 23, 2013, our Board Chair and President attempted to discuss with Ms. Haws and her deputy a variety of issues, including the statutorily non-compliant intrastate funding formula. Soon thereafter, apparently in retaliation for asking these questions, Ms. Haws arbitrarily and without foundation reduced our President's time allocation (funding) so significantly that we are being forced to terminate our President's employment effective January 1, 2014.

It is alarming that the reduction in funding resulting in the loss of this executive's employment happened only after potential statutory violations were brought to ICOA's attention. For decades, the allocation was never an issue, and for the year in question the budget <u>had already been approved</u>. There is a clear nexus between what appears to be legitimate AAA advocacy activities and Ms. Haws' tortious interference with the contractual expectation of this executive and her right to exercise free speech.

We are experiencing an all-time high demand for services to seniors and this demand will continue to grow. As you are probably aware, Idaho's population of individuals aged 60 and older is expected to triple by 2040. Idaho's aging network <u>must work together</u> to face these challenges. The bottom line is that our communities, Idaho's vulnerable seniors, and those in need have been and will continue to be negatively impacted by an Idaho Commission on Aging that insists on creating silos, reducing a 40-year old aging network to numbers on a spreadsheet, and refusing to work collaboratively with the AAAs.

We have no confidence in the ability of Ms. Haws or her deputy, Jeff Weller, to properly and adequately serve as your representatives for Idaho's aging network and the seniors we serve. We believe their actions demonstrate that they are more interested in trying to "be right" rather than trying to "do the right thing" in the best interest of Idaho's citizenry.

We believe the senior citizens residing in southwest Idaho would be outraged that our region is not receiving the funding to which it is entitled under the Older Americans Act and that ICOA is making unilateral decisions that are not in the best interests of Idaho's aging network and those we serve.

We respectfully request that you appoint to the critical position of ICOA Administrator someone who has the passion, educational background, and expertise needed to serve our valued senior citizens. We also respectfully request that Idaho's AAAs be represented and allowed the opportunity to provide input during the process of evaluating and eventually appointing a replacement for the ICOA Administrator.

We would very much appreciate the opportunity to discuss with you, in person, the issues we have provided as examples, as well as other concerns we have, and request a meeting to be scheduled in the very near future.

Respectfully,

*[signature]*
Gordon Cruickshank, Valley County Commissioner and ICOG Board Chair

*[signature]*
Judy Peavey-Derr, ICOG Board Vice Chair

*[signature]*
Rep. Rick Youngblood, ICOG Board Member-at-Large

*Approved via e-mail*
Bill Brown, Adams County Commissioner and ICOG Board Member

_Approved via e-mail_
Dave Case, Ada County Commissioner and ICOG Board Member

_Approved via e-mail_
Craig Hanson, Canyon County Commissioner and ICOG Board Member

_[signed]_
Lan Smith, Gem County Commissioner and ICOG Board Member

_Approved via e-mail_
Kelly Aberasturi, Owyhee County Commissioner and ICOG Board Member

_Approved via e-mail_
Marc Shigeta, Payette County Commissioner and ICOG Board Member

_Approved via e-mail_
Tom Anderson, Washington County Commissioner and ICOG Board Member

_[signed]_
Jim Reynolds, Eagle Mayor and ICOG Board Member

_[signed]_
John Evans, Garden City Mayor and ICOG Board Member

_Approved via e-mail_
Tom Dale, Nampa Mayor and ICOG Board Member

_Approved via e-mail_
Diana Thomas, Weiser Mayor and ICOG Board Member

_[signed]_
Billie Dillon, Glenns Ferry City Councilperson and ICOG Board Member

_Approved via e-mail_
Joe Cook, New Plymouth Mayor and ICOG Board Member

_Approved via e-mail_
Layna Hafer, Weiser City Councilperson and ICOG Board Member

_[signed]_
Cameron Arial, ICOG Board Member-at-Large

_[signed]_
David Ferdinand, ICOG Board Member-at-Large

_[signed]_
Daniel Chadwick, ICOG Board Member-at-Large

_Approved via e-mail_
Bryan Wewers, ICOG Board Member-at-Large

AREA AGENCY ON AGING
SERVING SOUTHWEST IDAHO

ECONOMIC DEVELOPMENT DISTRICT
REGION III

cc: Dr. Kendra Kenyon, ICOG President
Sarah E. Scott, J.D., Director, Area Agency on Aging
Bruce Krosch, CPM, Advisory Council Chair
Rep. Darrell Bolz, Advisory Council Vice-Chair
Danna Barnhart, AAA Advisory Council Member
Robbi Barrutia, AAA Advisory Council Member
Carol Briggs, AAA Advisory Council Member
Connie Cruser, AAA Advisory Council Member
Leonard Elfering, AAA Advisory Council Member
Debbi Evans, AAA Advisory Council Member
Brooke Green, AAA Advisory Council Member
Sarah Johnnes, AAA Advisory Council Member
Cynda Herrick, AAA Advisory Council Member
Peggy Munson, AAA Advisory Council Member
Rich McCuskey, AAA Advisory Council Member
Jamie Simpson, AAA Advisory Council Member
Dr. Sarah Toevs, AAA Advisory Council Member
Dr. Stephanie Bender-Kitz, AAA Advisory Council Ex Officio Member
Mike Berlin, AAA Advisory Council Ex Officio Member
Sharon Melvej, AAA Advisory Council Ex Officio Member
Dr. Meredith St. Clair, AAA Advisory Council Ex Officio Member