LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB # 3586
Chief of Civil Litigation Division

COLLEEN D. ZAHN, ISB #6208
ROBERT A. BERRY, ISB #7742
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
colleen.zahn@ag.idaho.gov
robert.berry@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENDRA KENYON, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.L. "BUTCH" OTTER, Governor of Idaho, in his individual capacity, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00060-REB<br>　　　(Lead case)<br>　　　1:15-cv-00061-REB<br>　　　(Companion case)<br><br>**STIPULATION TO DISMISS PURSUANT TO<br>FED. R. CIV. P. 41 (a)(1)(A)(ii)** |
| SARAH E. SCOTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.L. "BUTCH" Governor of Idaho, in his individual capacity, *et al.*,<br><br>　　　　　Defendants. | |

STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii) - 1

The Parties, through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby stipulate that this case has been settled and that satisfaction of the terms of settlement have been completed and can now be dismissed with prejudice, with the parties bearing their own fees and costs

DATED this 28th day of February, 2018.   DATED this 28th day of February, 2018.

| | |
|---|---|
| THOMAS, WILLIAMS & PARK, LLP | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF IDAHO |
| BY: */s/ William H. Thomas*<br>WILLIAM H. THOMAS<br>DANIEL E. WILLIAMS<br>*Attorneys for Plaintiffs* | BY: */s/ Colleen D. Zahn*<br>COLLEEN D. ZAHN<br>ROBERT A. BERRY<br>DEPUTY ATTORNEYS GENERAL<br>*Attorneys for Defendants* |

******************************************

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

William H. Thomas
wmthomas@thomaswilliamslaw.com

Daniel E. Williams
danw@thomaswilliamslaw.com

/s/ *Colleen D. Zahn*
COLLEEN D. ZAHN

STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii) - 2