LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB # 3586
Chief of Civil Litigation Division

COLLEEN D. ZAHN, ISB #6208
ROBERT A. BERRY, ISB #7742
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
colleen.zahn@ag.idaho.gov
robert.berry@ag.idaho.gov

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENDRA KENYON, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>C.L. "BUTCH" OTTER, Governor of Idaho, in his individual capacity, *et al.*,<br><br>        Defendants. | Case No. 1:15-cv-00060-REB<br>    (Lead case)<br>    1:15-cv-00061-REB<br>    (Companion case)<br><br>**AMENDED STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)** |
| SARAH E. SCOTT,<br><br>        Plaintiff,<br><br>vs.<br><br>C.L. "BUTCH" Governor of Idaho, in his individual capacity, *et al.*,<br><br>        Defendants. | |

The Parties, through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby stipulate that **these cases** have been settled and that satisfaction of the terms of settlement have been completed and can now be dismissed with prejudice, with the parties bearing their own fees and costs

DATED this 1st day of March, 2018.   DATED this 1st day of March, 2018.

THOMAS, WILLIAMS & PARK, LLP          OFFICE OF THE ATTORNEY GENERAL
                                      STATE OF IDAHO

BY: */s/ William H. Thomas*           BY: */s/ Colleen D. Zahn*
WILLIAM H. THOMAS                     COLLEEN D. ZAHN
DANIEL E. WILLIAMS                    ROBERT A. BERRY
*Attorneys for Plaintiffs*            DEPUTY ATTORNEYS GENERAL
                                      *Attorneys for Defendants*

*******************************************

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

William H. Thomas
wmthomas@thomaswilliamslaw.com

Daniel E. Williams
danw@thomaswilliamslaw.com

/s/ *Colleen D. Zahn*
COLLEEN D. ZAHN