# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KENDRA KENYON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>C.L. "BUTCH" OTTER, Governor of Idaho, in his individual capacity, *et al.*,<br><br>Defendants.<br><br>---<br><br>SARAH E. SCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>C.L. "BUTCH" Governor of Idaho, in his individual capacity, *et al.*,<br><br>Defendants. | Case No. 1:15-cv-00060-REB<br>(Lead case)<br>1:15-cv-00061-REB<br>(Companion case)<br><br>**ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)** |

Based on the Parties' Stipulation to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

The Court hereby ORDERS:

That **these cases** be dismissed with prejudice, with each party to bear their own costs and attorney fees.

Dated: **March 01, 2018**

*/s/ Ronald E. Bush*

Honorable Ronald E. Bush
Chief U.S. Magistrate Judge

ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii) - 1